# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF VINELAND MUNICIPAL UTILITES AUTHORITY, | CLOSED |
| Plaintiff, | |
| v. | CIVIL ACTION: 05-3940 (JAG) |
| AMERADA HESS CORPORATION, et al. | |
| Defendant, | O R D E R |

It has been reported to the Court that the above-captioned matter has been administratively stayed,

It is on this   5th   day of   OCTOBER   2005,

O R D E R E D that the above captioned action be and is hereby dismissed, without prejudice and without costs, subject to the right of the parties upon good cause shown to reopen the action.

JOSEPH A. GREENAWAY, JR., U.S.D.J.